AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 07CV9358

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York and Martin F. Horn

I certify that I am admitted to practice in this court.

| 11/13/2007 | *(signature)* |
|---|---|
| Date | Signature |

| Suzette Corinne Rivera | SR4272 |
|---|---|
| Print Name | Bar Number |

100 Church Street
Address

| New York | NY | 10007 |
|---|---|---|
| City | State | Zip Code |

| (212) 788-9567 | (212) 788-9776 |
|---|---|
| Phone Number | Fax Number |