

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

SUZETTE CORINNE RIVERA
*Assistant Corporation Counsel*
Phone: (212) 788-9567
Fax: (212) 788-9776
srivera@law.nyc.gov

February 17, 2008

BY ECF
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Dewight Brooks v. City of New York, et al., 07 CV 29358 (RJS)

Your Honor:

On behalf of both parties, I respectfully write to advise the Court that the above-referenced action has been settled. I will promptly forward the executed Stipulation and Order of Settlement and Discontinuance to the Court upon receipt from plaintiff's counsel.

Respectfully submitted,

Suzette Corinne Rivera
Assistant Corporation Counsel
Special Federal Litigation

cc: BY ECF
Andrew Stoll, Esq.
Attorney for Plaintiff